**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| USA TECHNOLOGIES, INC.<br>Malvern, Pennsylvania<br><br>Plaintiff,<br><br>v.<br><br>TRANSACTION NETWORK<br>SERVICES, INC.<br>Reston, Virginia<br><br>Defendant. | C. A. No. 1:06-cv-453-GMS<br><br>TRIAL BY JURY DEMANDED |

**Notice of Voluntary Dismissal Without Prejudice**

Plaintiff, USA Technologies, Inc., files this Notice of Voluntary Dismissal Without Prejudice seeking dismissal of the above captioned case under Fed. R. Civ. P. Rule 41(a)(1)(i) and respectfully submits the following:

1. Plaintiff filed a Complaint for patent infringement against Defendant, Transaction Network Systems, Inc., in the District Court for the District of Delaware on July 25, 2006 ("the Complaint").

2. Plaintiff has not served the Complaint on Defendant.

In consideration of the foregoing, Plaintiff respectfully requests that the above captioned case be dismissed without prejudice in accordance with Fed. R. Civ. P. Rule 41(a)(1)(i).

A proposed Order is attached.

                                                        Respectfully submitted,

Dated: November 20, 2006              /s/ *Rex A. Donnelly, IV*
                                                  Rex A. Donnelly, IV
                                                  (Delaware ID # 3492)
                                                  RatnerPrestia
                                                  Nemours Building, Suite 1100
                                                  1007 Orange Street
                                                  Wilmington, Delaware 19801
                                                  Phone: 302-778-2500
                                                  Facsimile: 302-778-2600

                                                  Of Counsel:
                                                  Benjamin E. Leace
                                                  RatnerPrestia
                                                  1235 Westlakes Drive
                                                  Suite 301
                                                  Berwyn, PA 19312
                                                  Phone: 610-407-0700
                                                  Facsimile: 610-407-0701
                                                  beleace@ratnerprestia.com

                                                  ATTORNEYS FOR PLAINTIFF,
                                                  USA Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC.<br>Malvern, Pennsylvania | : : : : : | |
| | : | C. A. No. 1:06-cv-453-GMS |
| Plaintiff, | : : | |
| v. | : : | TRIAL BY JURY DEMANDED |
| TRANSACTION NETWORK<br>SERVICES, INC.<br>Reston, Virginia | : : : : : | |
| Defendant. | : : | |

## (Proposed) ORDER

AND NOW THIS ____ day of _____, 2006 upon consideration of Plaintiff, USA Technologies, Inc.'s, Notice of Voluntary Dismissal Without Prejudice,

IT IS HEREBY ORDERED AND DECREED that the above captioned case is DISMISSED WITHOUT PREJUDICE.

BY THE COURT

_____

Gregory M. Sleet, U.S. District Judge

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2006, I electronically filed a Notice of Voluntary Dismissal Without Prejudice to the Clerk of Court using CM/ECF.  I hereby certify that on November 20, 2006, I have mailed by United States Service, the document to the following non-registered participant:

                Richard Gervase, Esquire
                Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
                Chrysler Center
                666 Third Avenue
                New York, NY  10017

                *ATTORNEY FOR DEFENDANT*

                /s/ Rex A. Donnelly (DE ID #3492)
                RatnerPrestia
                Nemours Building, Suite 1100
                1007 Orange Street
                Wilmington, DE  19801
                (302) 778-2500
                radonnelly@ratnerprestia.com